# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

DANIEL BOSH, )
        Plaintiff/Petitioner, )
)
v. ) No. 111,037
)
CHEROKEE COUNTY BUILDING )
AUTHORITY, *et. al*, )
)
        Defendants/Respondents. )

**FILED**
SUPREME COURT
OKLAHOMA
MAR 13 2013
MICHAEL S. RICHIE
CLERK

**FILED**
MAR 15 2013
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

## ORDER

¶ To date, a multitude of requests to file *amici curiae* briefs on rehearing have been filed in the above styled and numbered cause. Pursuant to Rule 1.12, Supreme Court Rules, 12 O.S. 2011, Ch. 1, App. 1:

1) Parties having filed applications for the filing of *amici curiae* briefs in the above styled and numbered cause are hereby granted permission of this Court to file such briefs within fifteen (15) days of the date of this order.

2) All parties filing briefs *amici curiae* should avoid unnecessary repetition.

3) The plaintiff/petitioner is granted ten (10) days following the terminal date for filing *amici curiae* briefs in which to file a response thereto.

4) No replies to the plaintiff/petitioner's filing shall be accepted.

DONE BY ORDER OF THE SUPREME COURT THIS 13th DAY OF MARCH, 2013.

/s/ Tom Colbert
**CHIEF JUSTICE**