# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

| | |
|---|---|
| DANIEL BOSH, | ) |
| | ) |
| Plaintiff/Petitioner, | ) |
| | ) |
| v. | ) No. 111,037 |
| | ) |
| CHEROKEE COUNTY BUILDING | ) |
| AUTHORITY, *et. al*, | ) |
| | ) |
| Defendants/Respondents. | ) |

**FILED**
SUPREME COURT
STATE OF OKLAHOMA
MAR 21 2013
MICHAEL RICHIE
CLERK

**FILED**
MAR 25 2013
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

## ORDER

¶ The Oklahoma Association for Justice (OAJ) filed an application to submit an amicus curiae brief in the above styled and numbered cause on March 18, 2013. Provided that the OAJ meets the time constraints imposed by this Court's order of March 13, 2013[1] and the cause is not further delayed by such filing, the application is granted.

DONE BY ORDER OF THE SUPREME COURT THIS 20TH DAY OF MARCH, 2013.

*/s/ Joseph M. Watt*
ACTING CHIEF JUSTICE

---

[1] A copy of the order is attached for the convenience of the parties.