# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)  DANIEL BOSH,<br><br>        Plaintiff,<br><br>v.<br><br>(2)  CHEROKEE COUNTY GOVERNMENTAL BUILDING AUTHORITY, *et al*,<br><br>        Defendants. | Case No.: 11-CIV-376-JHP |

### PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL

Plaintiff Daniel Bosh, (hereinafter "Plaintiff"), submits the following Motion to File Documents Under Seal.

1. On January 26, 2012, the Court issued a Protective Order in this case permitting parties to designate records as "confidential." [*See* Dkt. #33].

2. Pursuant to that Order, the parties have designated material as confidential that Plaintiff anticipates relying upon in support of motions that he intends to file.

3. Accordingly, Plaintiff respectfully requests the Court issue an Order permitting him to file exhibits under seal designated as confidential.

**WHEREFORE**, all premises considered, Plaintiff respectfully requests the Court grant Plaintiff's Motion to file exhibits under seal. A proposed order is submitted contemporaneous with this motion.

Respectfully submitted,

BRYAN & TERRILL

_s/J. Spencer Bryan_
J. Spencer Bryan, OBA # 19419
Steven J. Terrill, OBA # 20869
Bryan & Terrill Law, PLLC
9 E. 4th St., Suite 600
Tulsa, OK 74103
Tele:   (918) 935-2777
Fax:    (918) 935-2778
jsbryan@bryanterrill.com
*Attorneys for Daniel Bosh*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2013, I electronically transmitted the forgoing instrument to the Clerk of the Court using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Steven J. Terrill | Randall J. Wood |
| sjterrill@bryanterrill.com | rwood@piercecouch.com |
| | |
| D. Mitchell Garrett | Chris J. Collins |
| Mitchell@garrettlawcenter.com | cjc@czwglaw.com |
| | |
| Robert S. Lafferrandre | Stephen L. Geries |
| rlafferrandre@piercecouch.com | steve@czwglaw.com |

_s/J. Spencer Bryan_
J. Spencer Bryan