## UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MICHAEL BOSH, AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF DANIEL BOSH,<br><br>   Plaintiff,<br><br>v.<br><br>(2) CHEROKEE COUNTY GOVERNMENTAL BUILDING AUTHORITY,<br><br>(3) GORDON CHRONISTER, and<br><br>(4) T.J. GIRDNER,<br><br>   Defendants. | Case No.: 11-CIV-376-JHP |

### PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL

Plaintiff Michael Bosh, as Special Administrator for the Estate of Daniel Bosh, (hereinafter "Plaintiff"), submits the following Motion to File Exhibits Under Seal.

1. On January 26, 2012, the Court issued a Protective Order in this case permitting parties to designate records as "confidential". [*See* Dkt. #33].

2. Pursuant to that Order, the parties have designated material as confidential that Plaintiff anticipates relying upon in support of his second motion for sanctions relating to allegations of spoliation.

3. Accordingly, Plaintiff respectfully requests the Court issue an Order permitting him to file exhibits under seal designated as confidential.

**WHEREFORE**, all premises considered, Plaintiff respectfully requests the Court grant Plaintiff's Motion to file exhibits under seal. A proposed order is submitted contemporaneous with this motion.

Respectfully submitted,

BRYAN & TERRILL

  *s/Steven J. Terrill*
J. Spencer Bryan, OBA # 19419
Steven J. Terrill, OBA # 20869
Bryan & Terrill Law, PLLC
9 E. 4th St., Suite 307
Tulsa, OK 74103
Tele:   (918) 935-2777
Fax:    (918) 935-2778
sjterrill@bryanterrill.com
*Attorney for Michael Bosh, as Special Administrator for the Estate of Daniel Bosh, deceased*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2014, I electronically transmitted the forgoing instrument to the Clerk of the Court using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

D. Mitchell Garrett
Mitchell@garrettlawcenter.com

Robert S. Lafferrandre
rlafferrandre@piercecouch.com

Randall J. Wood
rwood@piercecouch.com

Chris J. Collins
cjc@czwglaw.com

Stephen L. Geries
steve@czwglaw.com

Jamison Whitson
jwhitson@czwglaw.com

                                      *s/ Steven J. Terrill*
                                      Steven J. Terrill