IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL BOSH, AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF DANIEL BOSH<br><br>Plaintiff,<br><br>v.<br><br>CHEROKEE COUNTY GOVERNMENTAL BUILDING AUTHORITY;<br><br>GORDON CHRONISTER; and<br><br>T. J. GIRDNER,<br><br>Defendants. | Case No.: CIV-2011-376-JHP |

## DEFENDANTS' MOTION TO FILE EXHIBITS UNDER SEAL

**To the Clerk of this Court and all parties of record:**

Defendants Gordon Chronister and T.J. Girdner, submit the following Motion to File Exhibits Under Seal.

1. On January 26, 2012, the Court issued a Protective Order in this case permitting parties to designate records as "confidential". [*See* Dkt. #33].

2. Pursuant to that Order, the parties have designated material as confidential that Defendants anticipate relying upon in support of their response to Plaintiff's second motion for sanctions [Dkt. #219] relating to allegations of spoilation. Specifically, Defendants wish to utilize their respective OSBI audio interviews which Plaintiff, too, filed under seal.

3. Accordingly, Defendant respectfully requests the Court issue an Order permitting him to file exhibits under seal designated as confidential.

WHEREFORE, all premises considered, Defendants respectfully request the Court grant Defendantsø Motion to file exhibits under seal. A proposed order is submitted contemporaneous with this motion.

        Respectfully submitted,

        s/ Daniel J. Card
        Robert S. Lafferrandre, OBA #11897
        Randall J. Wood, OBA #10531
        Daniel J. Card, OBA #30034
        PIERCE COUCH HENDRICKSON
         BAYSINGER & GREEN, L.L.P.
        1109 N. Francis (76106)
        P.O. Box 26350
        Oklahoma City, Oklahoma  73126-0350
        Telephone:    (405) 235-1611
        Facsimile:     (405) 235-2904
        rlafferrandre@piercecouch.com
        rwood@piercecouch.com
        dcard@piercecouch.com
        *Attorney for Defendants*
        *Gordon Chronister, and*
        *T.J. Girdner*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2014, I transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    J. Spencer Bryan    jsbryan@bryanterrill.com
    Steven J. Terrill    sjterrill@bryanterrill.com
    Bryan Terrill, PLLC
    9 East 4th Street, Suite 307
    Tulsa, OK  74103

    Stephen Geries    Steve@czwglaw.com
    COLLINS, ZORN & WAGNER, P.C.
    429 N.E. 50th Street – 2nd Floor
    Oklahoma City, OK  73105-1815
    *Attorney for Defendant Cherokee County*
    *Governmental Building Authority*

    s/ Daniel J. Card
    Daniel J. Card