IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

DANIEL BOSH, )
)
    Plaintiff, )
)
v. )
) Case No. 11-CV-376-JHP
CHEROKEE COUNTY )
GOVERNMENTAL BUILDING )
AUTHORITY, *et al*, )
)
    Defendants. )

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On August 4, 2014, the United States Magistrate Judge entered a Report and Recommendation in regard to Plaintiff's Motion for Attorney Fees [Doc. No. 178]. The Magistrate Judge recommended that the Plaintiff's motion be granted and that the Plaintiff be awarded $9,062.50 for the reasonable attorneys' fees incurred as a result of the Defendants' failure to comply timely with the Court's November 22, 2013 order compelling discovery. [Doc. No. 243]. No objection to the Magistrate Judge's Report and Recommendation has been filed.

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, the Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on August 4, 2014, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

IT IS SO ORDERED this 2nd day of January, 2015.

James H. Payne
United States District Judge
Eastern District of Oklahoma