# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MICHAEL BOSH, as Special Administrator for the Estate of Daniel Bosh,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | Case No. 11-CV-376-JHP |
| **CHEROKEE COUNTY GOVERNMENTAL BUILDING AUTHORITY,** *et al.*, ) ) ) ) | |
| **Defendants.** ) | |

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On May 25, 2016, United States Magistrate Steven Shreder entered a Report and Recommendation in regard to Plaintiff's Affidavit of Plaintiff's Costs and Fees (Doc. Nos. 381, 382), which was opposed by Defendant Cherokee County Governmental Building Authority ("CCGBA") (Doc. No. 385). The Magistrate Judge recommended that counsel for Defendant CCGBA be directed to pay $9,475.00 in attorneys' fees and $85.60 in costs, for a total of $9,560.60, to be paid in the form of a *cy pres* donation to the Oklahoma Bar Foundation on behalf of the Estate of Daniel Bosh. (Doc. No. 403). No party has filed any objection to the Report and Recommendation within the time prescribed by law.

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, the Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on May 25, 2016, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

**IT IS ORDERED** that counsel for Defendant CCGBA is directed to pay $9,475.00 in attorneys' fees and $85.60 in costs, for a total of $9,560.60, such fees to be paid in the form of a *cy pres* donation to the Oklahoma Bar Foundation on behalf of the Estate of Daniel Bosh.

IT IS SO ORDERED this 18th day of July, 2016.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma